# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YANKEES ENTERTAINMENT AND SPORTS NETWORK, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br><br>      Defendant. | Civil Action No. 1:22-cv-00622-RGA |

## DEFENDANT, HARTFORD FIRE INSURANCE COMPANY'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR, IN THE ALTERNATIVE, TO TRANSFER TO THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Defendant, Hartford Fire Insurance Company ("Hartford"), hereby moves under Rule 12(b)(2) of the Federal Rules of Civil Procedure to dismiss the First Amended Complaint filed by Plaintiff, Yankees Entertainment and Sports Network LLC ("YES"), for lack of personal jurisdiction, or, in the alternative, for an order transferring this matter to the United States District Court for the Southern District of New York under 28 U.S.C. § 1404(a). In support of its Motion to Dismiss, Hartford relies upon all pleadings filed with this Court and Hartford's accompanying Brief in Support of its Motion.

Respectfully submitted this 28th day of July, 2022.

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

<u>*/s/ Tracy A. Burleigh*</u>
Tracy A. Burleigh, Esquire (No. 3609)
1007 N. Orange Street, Suite 600
P.O. Box 8888
Wilmington, DE 19899
Phone: (302) 552-4304
taburleigh@mdwcg.com

STEPTOE & JOHNSON LLP
Sarah D. Gordon, Esquire
(admitted *pro hac vice*)
Johanna Dennehy, Esquire
(*pro hac vice* application forthcoming)
1330 Connecticut Avenue, NW
Washington, DC 20036
Phone: (202) 429-3000
sgordon@steptoe.com
jdennehy@steptoe.com

LEGAL/147612808.v1